# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br>Seagoville Farms, LLC<br>3926 Vista Woods Drive<br>Carrollton , TX 75007<br>EIN: 81-4374885<br>Debtor | Case No. 22-41181 btr<br>Chapter: 11 |

## NOTICE OF MISSING DOCUMENTS AND NOTICE THAT CASE MAY BE DISMISSED IF DOCUMENTS ARE NOT FILED

Upon review of the Court's docket in the above-referenced case, the Clerk notes that the following required documents have yet to be filed with the Court. **Items listed below are due by September 22, 2022.**

Schedules
**B 202 -** Declaration Under Penalty of Perjury for Non-individual Debtors
**B 206 Summary -** A Summary of Your Assets and Liabilities (non-individuals)
**B 206A/B -** Schedule A/B: Property (non-individuals)
**B 206D -** Schedule D:Creditors Who Have Claims Secured By Property (non-individuals)
**B 206E/F -** Schedule E/F:Creditors Who Have Unsecured Claims (non-individuals)
**B 206G -** Schedule G:Executory Contracts and Unexpired Leases (non-individuals)
**B 206H -** Schedule H:Your Codebtors (non-individuals)

Statements
**B 207 -** Statement of Your Financial Affairs (non-individuals)

**NOTICE: Failure to timely file the required statements and schedules and to comply with the Fed. R. Bankr. P. 1007(c) and 11 U.S.C. § 521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice. All forms can be found at http://www.uscourts.gov/forms/bankruptcy-forms.**

**DATED: September 9, 2022**

**JASON K. MCDONALD**
**CLERK OF THE COURT**

United States Bankruptcy Court

Eastern District of Texas

In re:
Seagoville Farms, LLC
Debtor

Case No. 22-41181-btr
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 1
Date Rcvd: Sep 09, 2022 Form ID: pdf400 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seagoville Farms, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor Seagoville Farms LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2